No. 544. BORO HALL CORP. *v.* GENERAL MOTORS CORP. ET AL. January 4, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. The CHIEF JUSTICE and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Arthur Garfield Hays* for petitioner.

696

*Messrs. Albert M. Levert* and *John Thomas Smith* for respondents. 